# CRIMINAL CALENDAR

The following criminal case will be presented by the United States of America in United States District Court, 450 Main St., Hartford, Connecticut, before the Honorable Vernon D. Oliver, United States District Judge, on July 15, 2024 at 10 a.m.

AUSA Elena L. Coronado<br>Plea Hearing

| | |
|---|---|
| UNITED STATES | Docket Nos.:   3:24-cr – (XXX) |
| -vs- | |
| Jane Doe | COUNT 1 of Information:<br>26 U.S.C. § 7202 (Willful Failure to Collect or Pay Over Tax)<br><br>Maximum Penalties:<br>Imprisonment:        5 years<br>Fine:   $10,000<br>Supervised Release:   3 years<br>Special Assessment:   $100.00 |

To:     Honorable Vernon D. Oliver, United States District Judge

Cc:     United States Attorney's Office
        Clerk's Office, Bridgeport
        Robert M. Appleton, Esq.